AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

MARCIA JOHNSON,

    Plaintiff

v.

MAGNUS HOTEL MANAGEMENT, LLC,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:24-cv-0025-TS-DBP

Judge Ted Stewart

IT IS ORDERED AND ADJUDGED

that this matter is dismissed with prejudice.

September 3, 2025

*Date*

BY THE COURT:

/s/ Ted Stewart
Ted Stewart
United States District Judge